EAST BATON ROUGE PARISH
Filed Sep 03, 2020
Deputy Clerk of Court
C-699401
23

| | |
|---|---|
| JIMMY DOUGLAS | SUIT NO._____DIVISION |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| FORESTWOOD APARTMENTS/BATON ROUGE LTD., CLK MULTI FAMILY MANAGEMENT, C-K FORESTWOOD, LLC C-K FORESTWOOD REALTY CORPORATION AND XYZ INSURANCE COMPANY | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, JIMMY DOUGLAS, a person of the full age of majority domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents that:

1.

Made Defendants herein are:

A. **FORESTWOOD APARTMENTS/BATON ROUGE LTD**, a partnership, with its principal place of business in the State of Louisiana, who can be served through its agent for service of process, Kirk E. Williams, III, 3388 Brentwood, Baton Rouge, Louisiana 70809;

B. **CLK MULTIFAMILY MANAGEMENT**, a foreign limited liability company, licensed to do and doing business in the State of Louisiana, who can be served through its agent for service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

C. **C-K FORESTWOOD LLC**, a foreign limited liability company, licensed to do and doing business in the State of Louisiana, who can be served through its agent for service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

D. **C-K FORESTWOOD REALTY CORPORATION**, a foreign limited liability company, licensed to do and doing business in the State of Louisiana, who can be served through its agent for service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

E. **XYZ INSURANCE COMPANY**, upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana, with its agent for process of service being Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

FORESTWOOD APARTMENTS is a multi-unit, multi-story apartment complex located at 10795 Mead Road, Baton Rouge, Louisiana 70806 that, upon information and belief, is owned

Page 1 of 6

09/03/2020 23:11
Certified True and Correct Copy
CertID: 2020100800758

No.: R280 L1
Doug Welborn
East Baton Rouge Parish
Clerk of Court

EXHIBIT 1

Generated Date:
10/8/2020 1:15 PM

and/or managed by defendants FORESTWOOD APARTMENTS/BATON ROUGE LTD and CLK MULTIFAMILY MANAGEMENT, C-K FORESTWOOD LLC, and C-K FORESTWOOD REALTY CORPORATION.

3.

Plaintiff, JIMMY DOUGLAS, entered the property of Forestwood Apartments located on Mead Road, in Baton Rouge, Louisiana, which upon information and belief is owned, in whole or in part, by defendants FORESTWOOD APARTMENTS/BATON ROUGE LTD and CLK MULTIFAMILY MANAGEMENT, C-K FORESTWOOD LLC, and C-K FORESTWOOD REALTY CORPORATION.

4.

On or about September 26, 2019, Plaintiff served a resident of Forestwood Apartments with process and was exiting Building 11 of the Forestwood Apartments property. Plaintiff used the stairs which are situated within the property boundaries of the defendants to return to the parking area. As Mr. Douglas was walking down the stairs, he was required to descend an outdoor set of stairs without handrails, where he tripped and fell. Said condition was an unreasonably dangerous vice(s) or defect(s) in the premises that presented an unreasonable risk of harm to individuals using the stairs and caused the significant bodily injuries complained of herein. A risk of harm was easily foreseeable by the defendants.

5.

Plaintiff alleges that defendants, FORESTWOOD APARTMENTS/BATON ROUGE LTD, CLK MULTIFAMILY MANAGEMENT, C-K FORESTWOOD LLC, and/or C-K FORESTWOOD REALTY CORPORATION, created the unreasonably dangerous condition which caused harm to the plaintiff or had actual or constructive knowledge of the condition and failed to exercise reasonable care to prevent harm to the Plaintiff.

6.

In addition, at all times relevant hereto, Defendants (individually and/or collectively) knew or in the exercise of reasonable care should have known of the defective and unreasonably dangerous condition presented by the stairs and/or its associated landing area within their care,

09/03/2020 23:11 No.: R280 L1 P.003/007


Certified True and Correct Copy
CertID: 2020100800758

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:15 PM

custody and control and failed to exercise reasonable care to prevent accidents and injuries, including but not limited to the accident and injuries suffered by Mr. Douglas, thereby making Defendants liable, individually and/or collectively, to Mr. Douglas pursuant to La.C.C. Articles 2317 and/or 2317.1.

7.

Upon information and belief, at all times relevant hereto, Defendants had care, custody and control of the stairs and landing area in question and owed a duty to maintain it in a reasonably safe condition so as to avoid posing an unreasonable risk of harm to pedestrians traversing the area, including but not limited to Mr. Douglas.

8.

At all times relevant hereto, the stairs and associated landing area were unreasonably dangerous slip, trip and fall hazards which lacked appropriate safety precautions and for which appropriate warnings were not provided, thereby presenting an unreasonable risk of harm to pedestrians traversing the area, including but not limited to Mr. Douglas.

9.

Furthermore, Defendant's failure to exercise reasonable care, prudence and/or skill in maintaining and/or managing the property, failure to maintain the premises in a reasonably safe condition and/or failure to act reasonably under the circumstances is negligence, thereby making Defendants (individually and collectively) liable to Mr. Douglas pursuant to La.C.C. Article 2315 and/or 2316. In no way did Plaintiff, **JIMMY DOUGLAS**, contribute to or cause the accident sued upon herein.

10.

Plaintiff avers that the proximate cause of his accident and injuries was the strict liability, negligence and/or fault of the Defendants (individually and collectively) and/or their employees, officers, agents and/or others for whom they are responsible, consisting more particularly, but not exclusively, of the following acts, error and/or omissions:

a. Having the care, custody and control of a defective and unreasonably dangerous stairs and associated landing area and/or other vice or defect in the premises;

Page 3 of 6

09/03/2020 23:11     No.: R280 L1     P.004/007


**Certified True and Correct Copy**
CertID: 2020100800758

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:15 PM

b. Having actual and/or constructive knowledge of an unreasonably dangerous condition and failing to appropriately warn of it or remedy it despite having a reasonable opportunity to do so;

c. Failing to take proper and appropriate precautions to reduce the risk of harm to persons traversing the area in question;

d. Allowing an unreasonably dangerous condition to remain for an unreasonable period of time;

e. Failing to take reasonable and appropriate measures to prevent accidents;

f. Failing to properly and appropriately warn;

g. Failing to have appropriate rules, regulations, policies and/or procedures in place to identify unreasonably dangerous conditions such as the stairs and associated landing area in question and take reasonable and appropriate steps to reduce or eliminate such hazards;

h. Failing to take reasonable measures to ensure that any rules, regulations, policies and/or procedures that it did have in place concerning unreasonably dangerous conditions such as the stairs and associated landing area in question were followed;

i. Failing to properly and appropriately train, supervise and/or monitor maintenance and/or other employees or personnel;

j. Failing to install and/or maintain an appropriate safety measures and/or precautions in places so as to reduce or eliminate the risk of harm associated with the stairs and associated landing area in question;

k. Creating an unreasonably dangerous and defective condition;

l. Failing to comply with accepted, appropriate and/or applicable standards pertaining to the creation and/or maintenance of stairs and/or associated landing areas such as those in question;

m. Generally failing to exercise the required degree of care commensurate with the existing situation; and

09/03/2020 23:12          No.: R280 L1          P.005/007
Certified True and Correct Copy
CertID: 2020100800758
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
10/8/2020 1:15 PM

n. Other acts of fault and/or negligence to be shown at trial of this matter.

11.

The negligence and/or fault of the Defendants proximately caused injury and damage to Plaintiff and, accordingly, he seeks recovery of the damages suffered, including but not limited to, past, present and future:

a. Bodily injury;

b. Physical pain and suffering;

c. Mental pain, anguish and distress;

d. Impairment of function and disability;

e. Loss of enjoyment of life;

f. Medical and other related expenses;

g. Inconvenience and distress;

h. Loss of earnings, income and/or earning capacity; and

i. Any and all other damages to be shown at trial.

12.

Plaintiff, JIMMY DOUGLAS, is informed, believes and therefore alleges that at the time of the accident the Defendant, XYZ INSURANCE COMPANY, had issued a liability insurance policy to the Defendants, FORESTWOOD APARTMENTS/BATON ROUGE LTD, CLK MULTIFAMILY MANAGEMENT, C-K FORESTWOOD LLC, and/or C-K FORESTWOOD REALTY CORPORATION, and under the laws of the State of Louisiana, said policy was in full force and effect at the time of the accident, and which insurance inures to the benefit of the Plaintiff under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

WHEREFORE, Plaintiff prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Plaintiff, JIMMY DOUGLAS, and against the Defendants, FORESTWOOD APARTMENTS/BATON ROUGE LTD, CLK MULTIFAMILY MANAGEMENT, C-K

09/03/2020 23:12   No.: R280 L1   P.006/007
Certified True and Correct Copy
CertID: 2020100800758
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
10/8/2020 1:15 PM

FORESTWOOD LLC, and/or C-K FORESTWOOD REALTY CORPORATION, jointly, severally and insolido for compensatory damages in amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings.

PLAINTIFF FURTHER PRAYS for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully submitted,

JOHNSON RILEY & ASSOCIATES

SOPHIA J. RILEY (#32286)
11019 PERKINS ROAD, SUITE B
BATON ROUGE, LOUISIANA 70810
TELEPHONE: 225 761 0350
FACSIMILE:  225 761 0360

PLEASE SERVE:

FORESTWOOD APARTMENTS/BATON ROUGE LTD
through its agent for service of process
Kirk E. Williams, III
3388 Brentwood
Baton Rouge, Louisiana 70809

CLK MULTIFAMILY MANAGEMENT
through its agent for service of process
National Registered Agents Inc.
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816;

C-K FORESTWOOD LLC
through its agent for service of process
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816;

C-K FORESTWOOD REALTY CORPORATION
through its agent for service of process
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

09/03/2020 23:12 — Certified True and Correct Copy — CertID: 2020100800758
No.: R280 L1 — Doug Welborn — East Baton Rouge Parish Clerk of Court
P.007/007 — Generated Date: 10/8/2020 1:15 PM

**RETURN COPY**



D4892139

# CITATION

| | |
|---|---|
| JIMMY DOUGLAS<br>(Plaintiff) | NUMBER C-699401  SEC. 23 |
| VS | 19th JUDICIAL DISTRICT COURT |
| FOREST APARTMENTS/BATON ROUGE LTD., ET AL<br>(Defendant) | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

TO: FOREST APARTMENTS/BATON ROUGE LTD.
THROUGH ITS REGISTERED AGENT
KIRK E. WILLIAMS III
3388 BRENTWOOD
BATON ROUGE, LA 70809

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
(225) 761-0350

*The following documents are attached:
**PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the 18 day of Sept, 20 20 and on the 25 day of Sept, 20 20 served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named Kirk E Williams or his domicile, or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this 25 day of Sept, 20 20

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

#2712

CITATION-2000

U.T.L.

**Certified True and Correct Copy**
CertID: 2020100800759
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:16 PM

RECEIVED
SEP 17 2020
E.B.R. SHERIFF'S OFFICE

**Certified True and Correct Copy**
CertID: 2020100800759
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:16 PM

RETURN COPY

||||||||||||||||||||||||||||||||
D4892139

# CITATION

**JIMMY DOUGLAS**
(Plaintiff)

VS

**FOREST APARTMENTS/BATON ROUGE LTD., ET AL**
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   FOREST APARTMENTS/BATON ROUGE LTD.
THROUGH ITS REGISTERED AGENT
KIRK E. WILLIAMS III
3388 BRENTWOOD
BATON ROUGE, LA 70809

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Tarlesha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
(225) 761-0350

*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the 11 day of Sept., 2020 and on the 15 day of Sept., 2020, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry was unable to find the within named _above named_ or his domicile, or anyone legally authorized to represent him. _Return for service and address not on address_.

**RETURNED:** Parish of East Baton Rouge, this 15 day of Sept., 2020

SERVICE:$ _____
MILEAGE$ _____
TOTAL: $ _____

*Deputy Sheriff*
Parish of East Baton Rouge

RECEIVED
SEP 11 2020
E.B.R. SHERIFF'S OFFICE

CITATION-2000

**Certified True and Correct Copy**
CertID: 2020100800760
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:16 PM

# RETURN COPY



D4892147

# CITATION

**JIMMY DOUGLAS**
(Plaintiff)

VS

**FOREST APARTMENTS/BATON ROUGE LTD., ET AL**
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   C-K FORESTWOOD LLC
THROUGH AGENT FOR SERVICE OF PROCESS
NATIONAL REGISTERED AGENTS INC.
3867 PLAZA TOWER DRIVE
BATON ROGUE, LA 70816

GREETINGS:

    Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Jarlesha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
                           (225) 761-0350

*The following documents are attached:
**PETITION FOR DAMAGES**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named ~~I made service on the named party through the~~ anyone legally authorized to represent him.
☑ CT Corp         9 1A m
☐ LA Corp & Registered Agent Services

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____


**RECEIVED**
SEP 1 1 2020
E.B.R. SHERIFF'S OFFICE

Deputy Sheriff
Parish of East Baton Rouge
CITATION-2000

SEP 14 2020
by tendering a copy of this document to
☐ Jeannine Beauregard   ☐ Abby Sarmiento
☑ Ashley Minvielle       ☐ Allison Reed
**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

---

**Certified True and Correct Copy**
CertID: 2020100800761
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, or/and RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:17 PM

RETURN COPY



D4892154

# CITATION

JIMMY DOUGLAS
(Plaintiff)

VS

FOREST APARTMENTS/BATON ROUGE
LTD., ET AL
(Defendant)

NUMBER C-699401  SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: C-K FORESTWOOD REALTY CORPORATION
THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS INC.
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
(225) 761-0350

*The following documents are attached:
PETITION FOR DAMAGES

---

### SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____; served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

I made service on the named party through the ☑ CT Corp ___ G A Y/  
☐ LA Corp & Registered Agent Services

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20____

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

**RECEIVED**
**SEP 1 1 2020**
E.B.R. SHERIFF'S OFFICE

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**SEP 1 4 2020**
by tendering a copy of this document to
☐ Jeannine Beauregard   ☐ Abby Sarmiento
☑ Ashley Minvielle       ☐ Allison Reed
**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

---



**Certified True and Correct Copy**
CertID: 2020100800762
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:17 PM

# RETURN COPY



**D4892162**

# CITATION

**JIMMY DOUGLAS**
(Plaintiff)

VS

**FOREST APARTMENTS/BATON ROUGE LTD., ET AL**
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   CLK MULTIFAMILY MANAGEMENT
      THROUGH ITS REGISTERED AGENT
      NATIONAL REGISTERED AGENTS INC.
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Tarlesha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
                     (225) 761-0350

*The following documents are attached:
**PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____, or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

I made service on the named party through the ☒ CT Corp  *GAM*
☐ LA Corp & Registered Agent Services

SERVICE: $_____
MILEAGE$ _____
TOTAL:  $_____

**RECEIVED**
Deputy Sheriff
Parish of East Baton Rouge

**SEP 1 1 2020**

**E.B.R. SHERIFF'S OFFICE**

CITATION-2000

**SEP 1 4 2020**

by tendering a copy of this document to
☐ Jeannine Beauregard   ☐ Abby Sarmiento
☒ Ashley Minvielle      ☐ Allison Reed

**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**Certified True and Correct Copy**
CertID: 2020100800763
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:18 PM

**RETURN COPY**



D4892162

# CITATION

JIMMY DOUGLAS
(Plaintiff)

VS

FOREST APARTMENTS/BATON ROUGE
LTD., ET AL
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   CLK MULTIFAMILY MANAGEMENT
      THROUGH ITS REGISTERED AGENT
      NATIONAL REGISTERED AGENTS INC.
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Jarlisha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
                     (225) 761-0350

*The following documents are attached:
PETITION FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____, or his domicile, or anyone legally authorized to represent him.

I made service on the named party through the ☑ CT Corp   9 AM

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.  ☐ LA Corp & Registered Agent Services

SERVICE:$_____
MILEAGE$_____    **RECEIVED**           Deputy Sheriff
TOTAL: $_____                      Parish of East Baton Rouge
                  SEP 1 1 2020
                                      CITATION-2000
                  E.B.R. SHERIFF'S OFFICE

SEP 1 4 2020

by tendering a copy of this document to
☐ Jeannine Beauregard  ☐ Abby Sarmiento
☑ Ashley Minvielle      ☐ Allison Reed
**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

---

**Certified True and Correct Copy**
CertID: 2020100800769
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:18 PM

RETURN COPY

D4892154

# CITATION

JIMMY DOUGLAS
(Plaintiff)

VS

FOREST APARTMENTS/BATON ROUGE
LTD., ET AL
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   C-K FORESTWOOD REALTY CORPORATION
THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS INC.
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020**.

*Tarlesha Mitchell*

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: RILEY, SOPHIA J
(225) 761-0350

*The following documents are attached:
PETITION FOR DAMAGES

**SERVICE INFORMATION:**

Received on the ___ day of _____, 20___ and on the ___ day of _____, 20___, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.
DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20___

I made service on the named party through the ☑ CT Corp ___ GA M/ ☐ LA Corp & Registered Agent Services

SERVICE:$_____
MILEAGES_____
TOTAL: $_____

RECEIVED
SEP 11 2020
E.B.R. SHERIFF'S OFFICE

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

SEP 14 2020
by tendering a copy of this document to
☐ Jeannine Beauregard   ☐ Abby Sarmiento
☑ Ashley Minvielle       ☐ Allison Reed
**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana



Certified True and
Correct Copy
CertID: 2020100800770
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:18 PM

Case 3:20-cv-00677-SDD-SDJ    Document 1-2    10/08/20    Page 15 of 18

# RETURN COPY



D4892147

## CITATION

**JIMMY DOUGLAS**
(Plaintiff)

VS

**FOREST APARTMENTS/BATON ROUGE LTD., ET AL**
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  C-K FORESTWOOD LLC
THROUGH AGENT FOR SERVICE OF PROCESS
NATIONAL REGISTERED AGENTS INC.
3867 PLAZA TOWER DRIVE
BATON ROGUE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Jarlesha Mitchell*

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
(225) 761-0350

*The following documents are attached:
PETITION FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named party or anyone legally authorized to represent him.   I made service on the named party through the
☑ CT Corp   9 14 M
☐ LA Corp & Registered Agent Services

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20____

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

**RECEIVED**
SEP 1 1 2020
E.B.R. SHERIFF'S OFFICE

Deputy Sheriff
Parish of East Baton Rouge
CITATION-2000

SEP 14 2020
by tendering a copy of this document to
☐ Jeannine Beauregard  ☐ Abby Sarmiento
☑ Ashley Minvielle  ☐ Allison Reed
**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**Certified True and Correct Copy**
CertID: 2020100800771
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:19 PM

# RETURN COPY

D4892139

## CITATION

**JIMMY DOUGLAS**
(Plaintiff)

VS

**FOREST APARTMENTS/BATON ROUGE LTD., ET AL**
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   FOREST APARTMENTS/BATON ROUGE LTD.
      THROUGH ITS REGISTERED AGENT
      KIRK E. WILLIAMS III
      3388 BRENTWOOD
      BATON ROUGE, LA 70809

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

· Requesting Attorney: RILEY, SOPHIA J
             (225) 761-0350

*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the 11 day of Sept., 2020 and on the 15 day of Sept., 2020, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____
**DUE AND DILIGENT:** After diligent search and inquiry was unable to find the within named above named _____ or his domicile, or anyone legally authorized to represent him. Bad for service and address not on letter.
**RETURNED:** Parish of East Baton Rouge, this 15 day of Sept., 2020

SERVICE:$ _____
MILEAGE$ _____
TOTAL:  $ _____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**RECEIVED**
**SEP 11 2020**
**E.B.R. SHERIFF'S OFFICE**

---

**Certified True and Correct Copy**
CertID: 2020100800773
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:19 PM



# RETURN COPY

D4892139

## CITATION

**JIMMY DOUGLAS**
(Plaintiff)

VS

**FOREST APARTMENTS/BATON ROUGE LTD., ET AL**
(Defendant)

NUMBER C-699401   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: FOREST APARTMENTS/BATON ROUGE LTD.
THROUGH ITS REGISTERED AGENT
KIRK E. WILLIAMS III
3388 BRENTWOOD
BATON ROUGE, LA 70809

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 10, 2020.**

*Jarlasha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: RILEY, SOPHIA J
(225) 761-0350

*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the 18 day of Sept, 20 20 and on the 25 day of Sept, 20 20 served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named Kirk E Williams or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 25 day of Sept, 20 20

SERVICE: $_____
MILEAGE: $_____
TOTAL: $_____

Deputy Sheriff #2712
Parish of East Baton Rouge

U.T.L.

CITATION-2000

---

**Certified True and Correct Copy**
CertID: 2020100800774
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:20 PM

RECEIVED
SEP 17 2020
E.B.R. SHERIFF'S OFFICE

**Certified True and Correct Copy**
CertID: 2020100800774
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/8/2020 1:20 PM